UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHELLE M. BAYS, | ) | 3:16-cv-00656-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| FRONTIER FINANCIAL CREDIT UNION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Frontier Financial Credit Union's motion to seal (ECF No. 17) the affidavit of Bruce Rodela (ECF No. 16) is **GRANTED**.

IT IS SO ORDERED.

DATED: This 22nd day of November, 2016.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

1